RUDY BANUELOS, #096885
Law Office of Rudy Banuelos,
2115 Kern Street, Suite 210
Fresno, CA 93721
Telephone:559-233-0377
Fax:559-233-0380
Attorney for Antonio Serrano



FILED
JUL - 8 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-F 04-5218 REC |
| Plaintiff, | EXPARTE APPLICATION FOR EXTENSION OF SURRENDER DATE; ORDER |
| v. | |
| ANTONIO SERRANO, | |
| Defendant. | |

　　　The defendant, Antonio Serrano, through his attorney Rudy Banuelos, hereby requests extension of time for surrender at United States Marshall in Fresno, California. This request is made so that Mr. Serrano may assist his common-law wife to prepare for the next six months by grape harvest employment. Teresa Guardado has no other means to provide for Antonio Jr. without the help of Antonio Serrano.

　　　According, it is requested that the court extend defendant Serrano's surrender date from July 11, 2005 to October 11, 2005. and remain free on the pre-trail conditions previously imposed by his Court pending such surrender.

　　　An extension will also help the employer with the harvest since he has not been able to find a replacement for Mr. Serrano.

Dated: July 6, 2005

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Rudy Banuelos
　　　　　　　　　　　　　　　　　Attorney for Defendant

Extension Application for Surrender Date

- 1

## ORDER

The court hereby orders that the surrender date of Antonio Serrano be extended to October 11, 2005 at the United States Marshall, Fresno, California, with pretrial release conditions remaining in force and effect.

Dated: July 8, 2005

ROBERT E. COYLE, JUDGE
United States District Court
Eastern District of California

Extension Application for Surrender Date

- 2