THOMAS J. RICHARDSON # 138104
Attorney at Law
2950 Mariposa
Fresno, California   93721
Tele:  (559) 264-6481
Fax:   (559) 264-0240

Attorney for Defendant
Antonio Serrano

IN THE UNITED STATES COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CRF-04-5218 REC |
| Plaintiff, | ) |
| vs. | ) DEFENDANT'S APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY |
| ANTONIO SERRANO, | ) |
| Defendant, | ) |

Antonio Serrano, by and through his attorney of record, Thomas J. Richardson, hereby request an order exonerating the property bond and for reconveyance of real property in this action.

On  August 11, 2004, Honorable Sandra M. Snyder Magistrate Judge, ordered Antonio Serrano released from custody on a $40,000 property bond. Real property owned by Teresa Guardado and was to be posted as collateral for the property bond. On August 13, 2004, a certified copy of the deed of trust (Fresno

1

PDF created with pdfFactory trial version www.pdffactory.com

County document # 2004-0186082 ), and promissory note in the amount of $40,000 were received by the court.

On May 10, 2005, this court sentenced Mr. Serrano to the custody of the United States Bureau of Prison for a total term of 6 months as to counts 1,2,3,4 and 5 of the indictment. All other relevant counts as to Mr. Serrano were dismissed by the government.

Since Mr. Serrano has been sentenced and is in the custody of the Federal Bureau of Prisons, it is respectfully requested that the property bond in this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Teresa Guardado.

Dated: 1/18/2006.

                                            Respectfully submitted,

                                            /S/ T. J. RICHARDSON
                                            _____
                                            Thomas J. Richardson
                                            Attorney at Law

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

IT IS HEREBY ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Teresa Guardado.

Dated: _Jan. 27, 2006_____

                                    /s/ OLIVER W. WANGER_____
                                    Robert E. Coyle
                                    United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com