UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:04-cr-5218 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| ANTONIO SERRANO, | ) | I. D. CARD |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons,

IT IS HEREBY ORDERED that the I. D. Card posted in this matter be returned to the defendant or their representative.

IT IS SO ORDERED.

**Dated:   March 8, 2006**              /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE